1036

[No. 16742-9-III.    Division Three.    December 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
WILLIAM LABARGE, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-00157-0, James M. Murphy, J.,
entered June 5, 1997. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 16915-4-III.    Division Three.    December 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN VALDEZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 96-1-01680-8, Michael W. Leavitt, J., entered
September 11, 1997. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16950-2-III.    Division Three.    December 17, 1998.]

*In the Matter of the Marriage of* WALTER D. JOHNSON,
SR., *Respondent*, and DONNA LOUISE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 94-3-00293-1, Donald W. Schacht, J.,
entered September 11, 1997. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Sweeney and Kato,
JJ.

[No. 22412-7-II.    Division Two.    December 18, 1998.]

*In the Matter of the Marriage of* SUSAN E. NESS,
*Respondent*, and RICHARD JOSEPH NESS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 96-3-00309-3, Gordon Godfrey, J.,
entered September 12, 1997. *Affirmed* by unpublished
opinion per Armstrong, J., concurred in by Bridgewater,
A.C.J., and Morgan, J.